**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

NORTH FORK OPERATING, LP,
an Oklahoma Limited Partnership,

Plaintiff,

v. Case No. 2:24-cv-0748 KG/DLM

MEWBOURNE OIL COMPANY,
a Texas Corporation,

Defendant.

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

THIS MATTER having come before the Court on Plaintiff's Unopposed Motion for Dismissal Without Prejudice, and the Court having been advised that Defendant Mewbourne Oil Company does not oppose the relief requested, and being otherwise fully advised in the premises,

THIS COURT FURTHER FINDS that dismissal of this action serves judicial economy. The related action between the parties, *Mewbourne Oil Company v. North Fork Operating, L.P.*, No. 2:24-cv-00861-SMD-GJF (D.N.M.), which arises from the same Toro Well and Charolais Wells dispute at issue in North Fork's claims here, was remanded to the Fifth Judicial District Court, County of Lea, State of New Mexico, by Order entered March 30, 2026 (Doc. 33). Dismissal of this action allows the parties' claims, including North Fork's claims asserted or that may be asserted against Mewbourne, to proceed together in that forum, avoiding piecemeal and duplicative litigation.

IT IS HEREBY ORDERED that this action is DISMISSED WITHOUT PREJUDICE, pursuant to Fed. R. Civ. P. 41(a)(2), with each party to bear its own costs, expenses, and fees.

IT IS FURTHER ORDERED that this dismissal is without prejudice, does not constitute an adjudication on the merits, and does not affect or impair the claims asserted, or that may be asserted, by North Fork Operating, LP against Mewbourne Oil Company, including those asserted as counterclaims in *Mewbourne Oil Company v. North Fork Operating, L.P.*, No. D-506-CV-2024-00610, pending in the Fifth Judicial District Court, County of Lea, State of New Mexico.

IT IS SO ORDERED.

/s/Kenneth J. Gonzales
CHIEF UNITED STATES DISTRICT JUDGE

- Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the Court's PACER public access system.

**Approved by:**

s/ Trevor R. Henson
Trevor R. Henson, OBA #30104
BARROW & GRIMM, P.C.
Attorneys for Plaintiff

-and-

s/ John C. Anderson – (by permission)
John C. Anderson
HOLLAND & HART LLP
Attorneys for Defendant Mewbourne Oil Company